CR618 - 014

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 SEP 10  AM 11: 49

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) |
| | ) 21 U.S.C. § 846 |
| NATIVIDAD DIAS | ) Conspiracy to Possess With |
| a/k/a "NAT," | ) Intent to Distribute and to |
| a/k/a "NATE," | ) Distribute Controlled Substances |
| a/k/a "AMIGO," | ) (Methamphetamine and |
| a/k/a "HUEVOS," | ) Marijuana) |
| JOHN TIMOTHY COLLINS | ) |
| a/k/a "TIM," | ) 21 U.S.C. § 841(a)(1) |
| JOHN KENNETH JOYNER | ) Possession with Intent to |
| a/k/a "KENNY," | ) Distribute a Controlled |
| PALMER ALTON BAZEMORE III | ) Substances (Methamphetamine, |
| a/k/a "PABLO," | ) Marijuana, Heroin, Cocaine) |
| CASSIE JO BARBEE, | ) |
| JAIME ELTON NEWSOME, | ) 18 U.S.C. § 924(c) |
| MEGAN NICOLE BAZEMORE, | ) Possession of a Firearm in |
| CHRISTINA ELIZABETH DAVIS, | ) Furtherance of a Drug |
| DERRICK RIGGS, | ) Trafficking Offense |
| QUINN CULLEN NEAL | ) |
| a/k/a "CULLIE," | ) 18 U.S.C. § 922g |
| DYLAN ANTHONY DAVIS, | ) Possession of a Firearm by a |
| GARY PAUL JOYNER, | ) Prohibited Person |
| MONICA ISABELL JIMENEZ, | ) |
| ZACKARY ALLEN DURRENCE | ) 18 U.S.C. § 2 |
| a/k/a "ZACK," | ) Aiding and Abetting |
| JOHN DILLON JOYNER, | ) |
| JONATHAN TRAVIS OLIVER, | ) |
| MICHAEL SHANE BISHOP, | ) |
| JONATHON EVAN OGLESBY, | ) |
| ALFRED ANTHONY WOODS, | ) |
| AND | ) |
| NOAH QUINN POPE | ) |
| | ) |

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
*Conspiracy to Possess With Intent to Distribute and*
*to Distribute Controlled Substances (Methamphetamine and Marijuana)*
21 U.S.C. § 846

Beginning on a date at least as early as November 2015, up to and including the return date of this indictment, the precise dates being unknown, in Bulloch, Burke, Candler, Effingham, Evans, Jenkins, and Screven Counties, within the Southern District of Georgia, and elsewhere, the defendants,

**NATIVIDAD DIAS**
a/k/a "NAT,"
a/k/a "NATE,"
a/k/a "AMIGO,"
a/k/a "HUEVOS,"
**JOHN TIMOTHY COLLINS**
a/k/a "TIM,"
**JOHN KENNETH JOYNER**
a/k/a "KENNY,"
**PALMER ALTON BAZEMORE III**
a/k/a "PABLO,"
**CASSIE JO BARBEE,**
**JAIME ELTON NEWSOME,**
**MEGAN NICOLE BAZEMORE,**
**CHRISTINA ELIZABETH DAVIS,**
**DERRICK RIGGS,**
**QUINN CULLEN NEAL**
a/k/a "CULLIE,"
**DYLAN ANTHONY DAVIS,**
**GARY PAUL JOYNER,**
**MONICA ISABELL JIMENEZ,**
**ZACKARY ALLEN DURRENCE**
a/k/a "ZACK,"
**JOHN DILLON JOYNER,**
**JONATHAN TRAVIS OLIVER,**
**MICHAEL SHANE BISHOP,**
**JONATHON EVAN OGLESBY,**
**ALFRED ANTHONY WOODS,**
**AND**

NOAH QUINN POPE

aided and abetted by each other and by others known and unknown, with some joining the conspiracy earlier and others joining later, did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with others known and unknown, to possess with intent to distribute and to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## TYPE AND QUANTITY OF CONTROLLED SUBSTANCES

With respect to defendants,

NATIVIDAD DIAS
a/k/a "NAT,"
a/k/a "NATE,"
a/k/a "AMIGO,"
a/k/a "HUEVOS,"
JOHN TIMOTHY COLLINS
a/k/a "TIM,"
JOHN KENNETH JOYNER
a/k/a "KENNY,"
PALMER ALTON BAZEMORE III
a/k/a "PABLO,"
CASSIE JO BARBEE,
JAIME ELTON NEWSOME,
MEGAN NICOLE BAZEMORE,
CHRISTINA ELIZABETH DAVIS,
DERRICK RIGGS,
QUINN CULLEN NEAL
a/k/a "CULLIE,"
DYLAN ANTHONY DAVIS,
MONICA ISABELL JIMENEZ,
ZACKARY ALLEN DURRENCE
a/k/a "ZACK,"

**JOHN DILLON JOYNER,**
**JONATHAN TRAVIS OLIVER,**
**AND**
**MICHAEL SHANE BISHOP,**

as a result of their own conduct, respectively, and the conduct of conspirators, it was reasonably foreseeable to these defendants that this conspiracy involved 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

All in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

### COUNT TWO
*Possession with Intent to Distribute a Controlled Substance (Marijuana)*
21 U.S.C. § 841(a)(1)

On or about May 24, 2016, in Screven County, within the Southern District of Georgia, the defendants,

**JOHN KENNETH JOYNER,**
**a/k/a "KENNY,"**
**AND**
**GARY PAUL JOYNER,**

aiding and abetting with each other, did knowingly and intentionally possess with intent to distribute 100 or more marijuana plants (regardless of weight), a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

4

## COUNT THREE
*Possession of Firearms in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about May 24, 2016, in Screven County, within the Southern District of Georgia, the defendant,

**JOHN KENNETH JOYNER,**
**a/k/a "KENNY,"**

did knowingly possess firearms, to wit, a Marlin Model 336W, .30-30 caliber lever-action rifle and a Jimenez Arms, Model JA380, .380 caliber semi-automatic pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841, as charged in Count 2 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

**COUNT FOUR**
*Possession of Firearms by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about May 24, 2016, in Screven County, within the Southern District of

Georgia, the defendant,

**JOHN KENNETH JOYNER,**
**a/k/a "KENNY,"**

having been convicted of a crime punishable by imprisonment for a term exceeding

one year, did knowingly possess, in and affecting commerce, firearms, to wit, a Marlin

Model 336W, .30-30 caliber lever-action rifle and a Jimenez Arms, Model JA380, .380

caliber semi-automatic pistol, which have been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT FIVE**
*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about January 3, 2017, in Screven County, within the Southern District

of Georgia, the defendant,

**JOHN TIMOTHY COLLINS,**
**a/k/a "TIM,"**

did knowingly and intentionally possess with intent to distribute 50 grams or more

of a mixture or substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

6

## COUNT SIX
*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about May 31, 2017, in Screven County, within the Southern District of

Georgia, the defendant,

**NATIVIDAD DIAS,**
**a/k/a "NAT,"**
**a/k/a "NATE,"**
**a/k/a "AMIGO,"**
**a/k/a "HUEVOS,"**

did knowingly and intentionally possess with intent to distribute 5 grams or more of

methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1)

## COUNT SEVEN
*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about June 8, 2017, in Screven County, within the Southern District of

Georgia, the defendant,

**NATIVIDAD DIAS**
**a/k/a "NAT,"**
**a/k/a "NATE,"**
**a/k/a "AMIGO,"**
**a/k/a "HUEVOS,"**

did knowingly and intentionally possess with intent to distribute 5 grams or more of

methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT
*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about August 16, 2017, in Screven County, within the Southern District
of Georgia, the defendant,

**NATIVIDAD DIAS,**
**a/k/a "NAT,"**
**a/k/a "NATE,"**
**a/k/a "AMIGO,"**
**a/k/a "HUEVOS,"**

did knowingly and intentionally possess with intent to distribute 50 grams or more
of a mixture or substance containing a detectable amount of methamphetamine, a
Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

8

## COUNT NINE
*Possession with Intent to Distribute Controlled Substances (Methamphetamine and Marijuana)*
21 U.S.C. § 841(a)(1)

On or about September 14, 2017, in Screven County, within the Southern District of Georgia, the defendant,

**NATIVIDAD DIAS,**
**a/k/a "NAT,"**
**a/k/a "NATE,"**
**a/k/a "AMIGO,"**
**a/k/a "HUEVOS,"**

did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a substance or mixture containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TEN
*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about September 15, 2017, in Bulloch County, within the Southern District of Georgia, the defendant,

**JAIME ELTON NEWSOME,**

did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT ELEVEN**
*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about October 15, 2017, in Jenkins County, within the Southern District of Georgia, the defendant,

**MEGAN NICOLE BAZEMORE,**

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TWELVE**
*Possession with Intent to Distribute Controlled Substances (Cocaine and Marijuana)*
21 U.S.C. § 841(a)(1)

On or about November 16, 2017, in Screven County, within the Southern District of Georgia, the defendant,

**DERRICK RIGGS,**

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THIRTEEN
*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about February 16, 2018, in Screven County, within the Southern District of Georgia, the defendant,

**QUINN CULLEN NEAL**
**a/k/a "CULLIE,"**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOURTEEN
*Possession with Intent to Distribute Controlled Substances (Methamphetamine and Marijuana)*
21 U.S.C. § 841(a)(1)

On or about February 21, 2018, in Bulloch County, within the Southern District of Georgia, the defendants,

**JAIME ELTON NEWSOME, and**
**MONICA ISABELL JIMENEZ,**

aiding and abetting with each other, did knowingly and intentionally possess with intent to distribute 50 grams or more a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FIFTEEN
*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about March 3, 2018, in Burke County, within the Southern District of Georgia, the defendant,

**CHRISTINA ELIZABETH DAVIS,**

did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIXTEEN
*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about May 7, 2018, in Screven County, within the Southern District of Georgia, the defendant,

### PALMER ALTON BAZEMORE III
### a/k/a "PABLO,"

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVENTEEN
*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about May 11, 2018, in Screven County, within the Southern District of Georgia, the defendant,

### ZACKARY ALLEN DURRENCE,
### a/k/a "ZACK,"

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHTEEN
*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about May 15, 2018, in Bulloch County, within the Southern District of

Georgia, the defendant,

### ZACKARY ALLEN DURRENCE,
### a/k/a "ZACK,"

did knowingly and intentionally possess with intent to distribute a mixture or

substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).


## COUNT NINETEEN
*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about May 17, 2018, in Screven County, within the Southern District of

Georgia, the defendant,

### JOHN DILLON JOYNER,

did knowingly and intentionally possess with intent to distribute a mixture or

substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY
*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about May 17, 2018, in Screven County, within the Southern District of

Georgia, the defendant,

### QUINN CULLEN NEAL
### a/k/a "CULLIE,"

did knowingly and intentionally possess with intent to distribute a mixture or

substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).


## COUNT TWENTY-ONE
*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about May 22, 2018, in Screven County, within the Southern District of

Georgia, the defendant,

### JOHN KENNETH JOYNER,
### a/k/a "KENNY,"
### and
### JOHN DILLON JOYNER,

aiding and abetting with each other, did knowingly and intentionally possess with

intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled

substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18,

United States Code, Section 2.

## COUNT TWENTY-TWO
*Possession with Intent to Distribute a Controlled Substance (Marijuana)*
21 U.S.C. § 841(a)(1)

On or about June 9, 2018, in Screven County, within the Southern District of Georgia, the defendant,

### JOHN KENNETH JOYNER,
### a/k/a "KENNY,"

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-THREE
*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about June 6, 2018, in Bulloch County, within the Southern District of Georgia, the defendant,

### CASSIE JO BARBEE, AND
### NOAH QUINN POPE,

aiding and abetting with each other, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT TWENTY-FOUR
*Possession with Intent to Distribute Controlled Substances (Methamphetamine and Heroin)*
21 U.S.C. § 841(a)(1)

On or about June 9, 2018, in Bulloch County, within the Southern District of Georgia, the defendant,

### JONATHAN TRAVIS OLIVER,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of heroin, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-FIVE
*Possession of Firearms in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about June 9, 2018, in Bulloch County, within the Southern District of Georgia, the defendant,

### JONATHAN TRAVIS OLIVER,

did knowingly possess firearms, to wit, a Girsan Model 1911, .45 caliber semi-automatic pistol and a Rohm .38 caliber semi-automatic pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841, as charged in Count 24 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

17

## COUNT TWENTY-SIX
*Possession of Firearms by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about June 9, 2018, in Bulloch County, within the Southern District of

Georgia, the defendant,

### JONATHAN TRAVIS OLIVER,

having been convicted of a crime punishable by imprisonment for a term exceeding

one year, did knowingly possess, in and affecting commerce, firearms, to wit, a Girsan

Model 1911, .45 caliber semi-automatic pistol and a Rohm .38 caliber semi-automatic

pistol, which have been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).


## COUNT TWENTY-SEVEN
*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about June 14, 2018, in Screven County, within the Southern District of

Georgia, the defendant,

### ZACKARY ALLEN DURRENCE,
### a/k/a "ZACK,"

did knowingly and intentionally possess with intent to distribute 5 grams or more of

methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-EIGHT
*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about June 25, 2018, in Screven County, within the Southern District of Georgia, the defendant,

**ZACKARY ALLEN DURRENCE,**
**a/k/a "ZACK,"**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-NINE
*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about July 19, 2018, in Screven County, within the Southern District of Georgia, the defendant,

**JOHN TIMOTHY COLLINS,**
**a/k/a "TIM,"**

did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THIRTY
*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about July 24, 2018, in Screven County, within the Southern District of Georgia, the defendants,

### JONATHON EVAN OGLESBY, AND
### ALFRED ANTHONY WOODS,

aiding and abetting with each other, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THIRTY-ONE
*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about August 16, 2018, in Evans County, within the Southern District of Georgia, the defendant,

### MICHAEL SHANE BISHOP,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THIRTY-TWO**
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about August 16, 2018, in Evans County, within the Southern District of Georgia, the defendant,

**MICHAEL SHANE BISHOP,**

did knowingly possess a firearm, to wit, a Forjas Taurus .38 caliber pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841, as charged in Count 31 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

**COUNT THIRTY-THREE**
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about August 16, 2018, in Evans County, within the Southern District of Georgia, the defendant,

**MICHAEL SHANE BISHOP,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Forjas Taurus .38 caliber pistol, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THIRTY-FOUR
*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about August 16, 2018, in Candler County, within the Southern District of Georgia, the defendant,

### CASSIE JO BARBEE,

did knowingly and intentionally possess with intent to distribute 5 grams of more of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATIONS
### (18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, 28 U.S.C. § 2461(c))

The allegations contained in Counts One through Thirty-Four of this Indictment is hereby incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

Upon conviction of any of the offenses set forth in this Indictment, Defendants **JOHN KENNETH JOYNER, a/k/a "KENNY," JONATHAN TRAVIS OLIVER, AND MICHAEL SHANE BISHOP,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense(s), including but not limited to:

    i.    One Marlin 336W .30-30 caliber lever-action rifle
    ii.    One Jimenez Arms JA380 .380 caliber semi-automatic pistol
    iii.    One Girsan 1911 .45 caliber semi-automatic pistol
    iv.    One Rohm .38 caliber semi-automatic pistol
    v.    Forjas Taurus .38 caliber revolver
    vi.    Assorted ammunition and firearm magazines

Upon conviction of one or more of the offenses in violation of Title 21, United States Code set forth in this Indictment, Defendants **JOHN KENNETH JOYNER a/k/a "KENNY," JONATHAN TRAVIS OLIVER, AND MICHAEL SHANE BISHOP,** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, including but not limited to:

    i.    One Marlin 336W .30-30 caliber lever-action rifle

    ii.    One Jimenez Arms JA380 .380 caliber semi-automatic pistol

    iii.    One Girsan 1911 .45 caliber semi-automatic pistol

    iv.    One Rohm .38 caliber semi-automatic pistol

    v.    Forjas Taurus .38 caliber revolver

    vi.    Assorted ammunition and firearm magazines

If any of the property described above, as a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

_____
Bobby L. Christine
United States Attorney

_____
Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division

_____
Marcela C. Mateo
Assistant United States Attorney
*Lead Counsel