# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 6:18-CR-14** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **PALMER ALTON BAZEMORE, III** | ) | |

## GOVERNMENT'S NOTICE OF PLEA AGREEMENT

NOW COMES the United States of America, by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia, and pursuant to 18 U.S.C. §3161(h)(1)(G), notifies the Court that a plea agreement has been reached by the parties which would dispose of the charges pending in the above-captioned case against the Defendant. A copy of the plea agreement has been provided to the Court for its consideration.

The Government respectfully requests that the Court schedule a Rule 11 proceeding and accept the Defendant's plea as set forth in the proposed agreement.

This 7th day of December 2018.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

22 Barnard Street, Suite 300
Savannah, Georgia 31401
Telephone: (912) 652-4422
Facsimile: (912) 652-4991
E-mail: marcela.mateo@usdoj.gov

*s/ Marcela C Mateo*
Marcela C. Mateo
Assistant United States Attorney
Georgia Bar No. 397722

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 7th day of December 2018.

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

22 Barnard Street, Suite 300          ***s/ Marcela C Mateo***
Savannah, Georgia 31401              Marcela C. Mateo
Telephone: (912) 652-4422            Assistant United States Attorney
Facsimile: (912) 652-4991            Georgia Bar No. 397722
E-mail: marcela.mateo@usdoj.gov